*AO 10*
*Rev. 1/2006*

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 5

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)  Aldisert, Ruggero J | 2. Court or Organization  Third Circuit | 3. Date of Report  03/18/06 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Senior U.S. Circuit Judge | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☒ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  1/1/2005 to 1/31/2005 |
| 7. Chambers or Office Address  120 Cremona Drive (D)  Santa Barbara  CA 93117-5511 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Emeritus Trustee | University of Pittsburgh |
| 2. Board of Visitors, Law School | University of Pittsburgh |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED MAR 27 4 27 AM '06 FINANCIAL DISCLOSURE

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J | 03/18/06 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2/1 | Nat'l Institute of Trial Advocacy (Publications Royalties) | $ 8136.33 |
| 2. 7/28 | Nat'l Institute of Trial Advocacy (Publications Royalties) | $ 2878.54 |
| 3. 1/8 | West Group (Publications Royalties) | $ 1313.14 |
| 4. 12/5 | AuthorHouse (Publications Royalties) | $ 717.00 |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. American Bar Association Council of Appellate Lawyers | 9/29-9/30 San Francisco Appellate Seminar (Travel, Food, Lodging) |
| 2. Italian Sons & Daughters of America | 10/5-10/9 Pittsburgh PA Recipient of Humanitarianism Award, 75th Anniversary Program (Travel, Food, Lodging) |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J | 03/10/06 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J | 03/18/06 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Blair Cty Hosp. Bond | A | Interest | J | T | | | | | |
| 2. Santa Barbara Bank & Trust Co | A | Interest | L | T | | | | | |
| 3. Morg. Stan. Dean Witter IRA | A | Dividend | K | T | | | | | |
| 4. -Div. Growth Mutual F | | | | | | | | | |
| 5. -Utilities Mutual Fund | | | | | | | | | |
| 6. -Global Dividend Fund | | | | | | | | | |
| 7. MUTUAL FUNDS | | | | | | | | | |
| 8. Gabelli Asset | A | Dividend | K | T | | | | | |
| 9. Davis New York Venture | A | Dividend | K | T | | | | | |
| 10. Columbia Acorn Fund Cl A | A | Dividend | J | T | | | | | |
| 11. Growth Fund of America | A | Dividend | J | T | | | | | |
| 12. American Funds Tax Exempt "F" | B | Interest | L | T | | | | | |
| 13. T. Rowe Price High Yield | A | Interest | L | T | | | | | |
| 14. Picom Short Duration Muni "A" | | | | | sell | 5/25 | J | | |
| 15. Templeton Foreign | A | Dividend | J | T | | | | | |
| 16. AMCAP Fund | A | Dividend | K | T | | | | | |
| 17. Royce Total Return | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J | 03/20/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. First Eagle Overseas Fund | A | Dividend | K | T | | | | | |
| 19. Van Kampen High Yield Muni | A | Interest | K | T | | | | | |
| 20. Van Kampen Comstock Cl A | A | Dividend | K | T | | | | | |
| 21. Franklin Invs Sec. Fund | A | Dividend | J | T | | | | | |
| 22. Pimco FDS Pac Int. Mgmt | A | Dividend | J | T | | | | | |
| 23. Alliance Bernstein CA T.F. | A | Interest | K | T | | | | | |
| 24. COMMON STOCKS | | | | | | | | | |
| 25. Intel | A | Dividend | K | T | | | | | |
| 26. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 27. Mellon Finl Corp | A | Dividend | K | T | | | | | |
| 28. Pfizer | A | Dividend | K | T | | | | | |
| 29. General Electric | A | Dividend | K | T | | | | | |
| 30. Citigroup | A | Dividend | J | T | | | | | |
| 31. | | | | | | | | | |
| 32. INVESTMENT CLUB | | | | | | | | | |
| 33. Mission Impossible Partners | A | Dividend | M | T | | | | | |
| 34. Johnson & Johnson | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J | 03/20/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Intel | | | | | sell | 2/29 | J | | |
| 36. -Ctigroup | | | | | | | | | |
| 37. --Berkshire Hathaway | | | | | | | | | |
| 38. --State Street Corp | | | | | sell | 2/25 | J | | |
| 39. -J M Smucker Co | | | | | | | | | |
| 40. -General Electric | | | | | | | | | |
| 41. -Proctor & Gamble | | | | | | | | | |
| 42. --Costco Wshl Corp | | | | | | | | | |
| 43. --IBM | | | | | sell | 2/25 | J | | |
| 44. --Sysco Corp | | | | | sell | 2/25 | J | | |
| 45. --3M Co | | | | | | | | | |
| 46. --Biogen Idec Inc. | | | | | sell | 6/29 | J | | |
| 47. --Donaldson Co. Inc | | | | | sell | 6/29 | J | | |
| 48. --Hewlitt Packard | | | | | sell | 6/29 | J | | |
| 49. --Pfizer, Inc | | | | | | | | | |
| 50. --Scheid Vineyards, Inc | | | | | sell | 10/29 | J | A | |
| 51. --Simpson Mfg. Co | | | | | sell | 10/29 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J | 03/20/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --United Parcel Service, Inc | | | | | | | | | |
| 53. --Whole Foods Markets, Inc | | | | | sell | 5/4 | J | | |
| 54. --First Data Corp | | | | | buy | 5/4 | J | | |
| 55. --Exxon Mobil Corp | | | | | buy | 5/26 | J | | |
| 56. --Valero Energy Corp. | | | | | buy | 5/26 | J | | |
| 57. --Lowes Comanies Inc | | | | | buy | 10/29 | J | | |
| 58. --Schlumberger Ltd. | | | | | buy | 10/29 | J | | |
| 59. --Apple Computer Co | | | | | buy | 10/29 | J | | |
| 60. | | | | | | | | | |
| 61. MONEY MARKET FUNDS | | | | | | | | | |
| 62. UBS Financial Services | A | Interest | J | T | | | | | |
| 63. Bear Steans Securities Corp | A | Interest | J | T | | | | | |
| 64. LIFE INSURANCE POLICIES | | | | | | | | | |
| 65. Phoenix Whole Life | A | Dividend | J | T | | | | | |
| 66. Transamerica Life Companies Whole Life | A | Dividend | K | T | | | | | |
| 67. Penn Mutual Whole Life | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J | 03/20/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J | 03/20/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ Date 3/20/06

NOTE: ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544